```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KAREN CHEUNG (a/k/a WING TSZ CHEUNG),          :
:
Plaintiff,             :
:         25-cv-470 (LJL)
-v-                              :
:             ORDER
SECURIS CAPITAL LIMITED (f/k/a AENEAS          :
CAPITAL LIMITED), AENEAS MANAGEMENT            :
LIMITED, KENRICK HENRY FOK, DARREN WANG        :
YIP LUI, MANDY MAN LOK LUI, and AENEAS         :
GROUP LIMITED),                                :
:
Defendants.            :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order memorializes the conference held today, April 25, 2025.

Plaintiff shall file a related case statement by April 30, 2025, at 11:59 p.m.  Defendants shall file a response to the related case statement by May 5, 2025, at 10:00 a.m.

Plaintiff shall file an amended complaint by May 16, 2025.  Defendants' obligation to respond to the existing complaint is suspended pending filing of the amended complaint.  Defendants shall answer or otherwise move against the amended complaint by June 6, 2026.

All discovery in this case is stayed with the exception of third-party discovery that is coordinated with the discovery in 24-cv-9969.

SO ORDERED.

Dated: April 25, 2025                               _____
       New York, New York                                    LEWIS J. LIMAN
                                                         United States District Judge